

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| NIGEL JACKSON | : | DOCKET NO. 04-1926 |
| VS. | : | JUDGE MINALDI |
| JO ANNE B. BARNHART<br>COMMISSIONER OF<br>SOCIAL SECURITY | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

With full liberty to view all sources of persuasive authority, this Court concurred with the Report and Recommendation of the Magistrate Judge when on December 12, 2005 it ordered that this matter be remanded to the Commissioner.

ORDERED that plaintiff's Motion to Submit Persuasive Authority be DENIED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 30 day of Dec, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE